```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16941
   DRAGAN BOGDANOVIC
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3656


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/30/2008 and was not confirmed.

    The case was dismissed without confirmation 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
DYCK O NEAL INC            NOTICE ONLY    NOT FILED             .00           .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY    NOT FILED             .00           .00
CITIBANK USA               NOTICE ONLY    NOT FILED             .00           .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED             .00           .00
TOYOTA MOTOR CREDIT        NOTICE ONLY    NOT FILED             .00           .00
CHASE AUTO LOAN            CURRENT MORTG        .00             .00           .00
CHASE AUTO LOAN            SECURED NOT I   57132.83             .00           .00
ECAST SETTLEMENT           UNSECURED         516.40             .00           .00
PORTFOLIO RECOVERY         UNSECURED         655.74             .00           .00
TOYOTA MOTOR CREDIT CO     UNSECURED        5927.81             .00           .00
SECOND START               DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                      ---------------    ---------------
TOTALS                     .00                 .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 16941 DRAGAN BOGDANOVIC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 16941 DRAGAN BOGDANOVIC